## HUNTER v. STATE.
### No. 17703.

Court of Criminal Appeals of Texas.

Dec. 4, 1935.

Robert K. Crain, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for tapping a pipe line; penalty assessed at confinement in the penitentiary for 2 years.

It has been made known to this court by proper affidavit that the appellant, pending his appeal, was shot and killed in Gregg county, Tex., on November 24, 1935. The death of the appellant deprives this court of jurisdiction of the appeal. It is therefore abated.